04-1257 KAJ

Linda Fox
660 Baylor Blvd
New Castle De 19720

Clerk
U.S. District Court
J. Caleb Boggs Federal Bldg.
Lock Box 18
844 N. King Street
Wilmington Delaware 19801

March 8, 2005

Dear Clerk,

    I am writing to you, once again, concerning my pending case. Due to a recent shakedown and confiscation of my documents I do not have the judges name or my case number.
    I would like to know if my preliminary injunction has had a decision made on it.

            Sincerely,

            Linda Fox

FILED
MAR 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE