Dear Clerk,

FILED APR 13 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

April 10, 2005

I am in reciept of the Requested Civil Docket for case # 1:04-cv-01257-KAJ Since I am not an attorney I noticed the top section that says Demand $0 is it to late to put in a demand amount and would this be done by a motion?

Thanking you once again

Linda Foe

Linda Fox
600 Baylor Blvd
New Castle DE
19726

U.S. District Courthouse
Lockbox 18
844 King St
Wilmington Delaware 19801


