OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 15, 2005

TO: Linda Fox
    WCI
    SBI #255522

**RE:  Letter dated 4/10/05**

Dear Mrs. Fox:

    The above referenced letter has been received by this office requesting assistance regarding the monetary demand in the above mentioned case. Be advised that this office is unable to render legal advice and therefore we are unable to assist you.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan; CA 04-1257 KAJ

04-1257 KAJ

(13)



April 10, 2005

Dear Clerk,

I am in reciept of the Requested Civil Docket for Case # 1:04-cv-01257-KAJ Since I am not an attorney I noticed the top section that says Demand Ø is it to late to put in a demand amount and would this be done by a motion?

Thanking you once again

Linda Fox